DAVIS v. YELTON.

(December 19, 1900.)

*Specific Performance—Statute of Frauds—Parol Evidence —Sale of Land—Vendor and Purchaser—The Code, Sec. 1554.*

> A parol contract to buy land can not be enforced, if the statute of frauds is pleaded.

CIVIL ACTION by Albert Davis and Sally Rayfield against Charles and William Yelton, heard by Judge *T. J. Shaw* and a jury, at Fall Term, 1900, of GASTON Superior Court. From a judgment for defendants, the plaintiffs appealed.

*D. W. Robinson,* for the plaintiffs.
*R. L. Ryburn,* for the defendants.

FAIRCLOTH, C. J.   The plaintiff contracted in writing to sell and convey a tract of land to the defendant, who agreed verbally to pay $400 for the land at a day agreed on.   Before the day, the defendant notified plaintiff, for reasons stated in his answer, that he declined to perform his promise. Plaintiff sues for specific performance, tenders his deed, and demands that defendant pay the purchase price.   The defendant relies on and pleads the statute of frauds.   Code, sec. 1554.   The Court refused to admit parol evidence, and held that the plaintiff could not recover.   No error.   *Rice v. Carter,* 33 N. C., 298; *Wade v. City of New Bern,* 77 N. C., 460; *Gwathney v. Cason,* 74 N. C., 5.   These decisions are approved and followed in numerous other cases.
    Affirmed.